JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYEREH AZAM RAFIZADEH,<br><br>             Plaintiff,<br><br>        v.<br><br>ERIKA OLSON, et al.,<br><br>             Defendants. | Case No. 8:25-cv-01246 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Defendants' Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Dkt. No. 21), the Court adjudges the above-captioned case dismissed in its entirety.

Dated: January 7, 2025

                                                /s/ Autumn D. Spaeth\
                                   THE HONORABLE AUTUMN D. SPAETH\
                                   United States Magistrate Judge